## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **G.D.**, *et al.* | : **CIVIL ACTION** |
| | : |
| | : |
| **v.** | : **NO. 17-969** |
| | : |
| **WEST CHESTER AREA SCHOOL** | : |
| **DISTRICT** | : |

## ORDER

**AND NOW**, this 18th day of August 2017, upon considering Defendant's Motion for disposition on the administrative record and for summary judgment (ECF Doc. No. 16), Plaintiffs' Response (ECF Doc. No. 22), Defendant's Reply (ECF Doc. No. 23) and Plaintiffs' Motion for judgment on the administrative record (ECF Doc. No. 17), Defendant's Response (ECF Doc. No. 21), Plaintiffs' Reply (ECF Doc. No. 24) and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant's Motion (ECF Doc. No. 16) is **GRANTED** and we enter **judgment on the administrative record and on the Americans with Disabilities Act claim in favor of the Defendant and against Plaintiffs**;

2. Plaintiffs' Motion for judgment (ECF Doc. No. 17) is **DENIED**; and,

3. The Clerk of Court shall **CLOSE** this case.

_____
KEARNEY, J.